UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA MARIE RIGOR, | No. 2:21-cv-01388 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| DALE AND KATY CARLSEN, CENTER FOR INNOVATIVE AND ENTREPRENEUERSHIP, et al., | |
| Defendants. | |

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On August 11, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 3. Plaintiff has not filed objections to the findings and recommendations, though she has filed a batch of e-mails, ECF 4, and also has filed an amended complaint, ECF No. 8, which was not authorized by the court.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 11, 2021, are adopted in full; and
2. All claims against all defendants are DISMISSED with prejudice and this case is closed.

DATED: September 20, 2021.

CHIEF UNITED STATES DISTRICT JUDGE