# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SORAYA MARIA RIGOR,**

CASE NO: **2:21−CV−01388−KJM−AC**

v.

**DALE CARLSEN, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/21/21**

                                            **Keith Holland**
                                            Clerk of Court

ENTERED: **September 21, 2021**

                                  by: /s/ A. Kastilahn
                                              Deputy Clerk